# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4034
_____

LEONARD AYERS III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert E. Long, Judge.

October 16, 2019


PER CURIAM.

   AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee; and Leonard Ayers III, pro se, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.